Dawniell Alise Zavala (CA State Bar No. 253130)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: dawniell.zavala@hro.com

E-filing

ORIGINAL FILED

JUL - 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiffs,
SONY BMG MUSIC ENTERTAINMENT;
ARISTA RECORDS LLC; UMG RECORDINGS,
INC.; BMG MUSIC; and WARNER BROS.
RECORDS INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
_____ DIVISION

CV 08   3146   JCS

SONY BMG MUSIC ENTERTAINMENT, a
Delaware general partnership; ARISTA
RECORDS LLC, a Delaware limited liability
company; UMG RECORDINGS, INC., a
Delaware corporation; BMG MUSIC, a New
York general partnership; and WARNER BROS.
RECORDS INC., a Delaware corporation,

    Plaintiffs,
v.

OCAPUNITAN IVY AKA O.C. IVY,

    Defendant.

CASE NO. _____

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

---

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. _____
#38510 v1

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Plaintiff SONY BMG MUSIC ENTERTAINMENT is a Delaware general partnership owned by USCO Holdings Inc., BeSo Holding LLC, Arista Holding, Inc., and Zomba US Holdings, Inc., none of which is publicly traded. Its ultimate parents are Bertelsmann AG and Sony Corporation, the latter of which is publicly traded in the United States.

Plaintiff ARISTA RECORDS LLC is a limited liability company owned by BMG Music, a New York general partnership, which is not publicly traded.

UMG RECORDINGS, INC.'s ultimate parent corporation is Vivendi S.A., a publicly held French company.

Plaintiff BMG MUSIC is a general partnership owned by SONY BMG MUSIC ENTERTAINMENT and Ariola Eurodisc LLC, neither of which is publicly traded.

Plaintiff WARNER BROS. RECORDS INC.'s ultimate parent corporation is Warner Music Group Corp., which is publicly traded in the U.S.

Dated:   July 1, 2008                HOLME ROBERTS & OWEN LLP

                                     By _____
                                     DAWNIELL ZAVALA
                                     Attorney for Plaintiffs
                                     SONY BMG MUSIC ENTERTAINMENT;
                                     ARISTA RECORDS LLC; UMG RECORDINGS,
                                     INC.; BMG MUSIC; and WARNER BROS.
                                     RECORDS INC.

1

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. _____
#38510 v1