1  Dawniell Alise Zavala (CA State Bar No. 253130)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:   (415) 268-1999
   Email:         dawniell.zavala@hro.com
5
6  Attorneys for Plaintiffs,
   SONY BMG MUSIC ENTERTAINMENT;
7  ARISTA RECORDS LLC; UMG RECORDINGS,
   INC.; BMG MUSIC; and WARNER BROS.
8  RECORDS INC.
9
10                      UNITED STATES DISTRICT COURT
                       NORTHERN DISTRICT OF CALIFORNIA
11                          SAN FRANCISCO DIVISION
12

| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; BMG MUSIC, a New York general partnership; and WARNER BROS. RECORDS INC., a Delaware corporation, <br><br> Plaintiffs, <br> v. <br><br> OCAPUNITAN IVY AKA O.C. IVY, <br><br> Defendant. | CASE NO. 3:08-CV-03146-MMC <br><br> **PROOF OF SERVICE OF CASE MANAGEMENT ORDER; STANDING ORDERS** |
|---|---|

PROOF OF SERVICE
Case No. 3:08-CV-03146-MMC
#39071 v1

**PROOF OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

     I am employed in the office of Holme Roberts & Owen in San Francisco, California.  I am over the age of eighteen years and not a party to the within action.  My business address is 560 Mission Street, 25th Floor, San Francisco, CA  94105.

     On July 30, 2008, I served the foregoing documents described as:

**CASE MANAGEMENT CONFERENCE ORDER; STANDING ORDERS**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

> Ocapunitan Ivy
> 4709 Shetland Ct.
> Antioch, CA 94531

    ☒    BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    ☒    (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    Executed on July 30, 2008 at San Francisco, California.

*/s/ Della Grant*
_____
              Della Grant

1

PROOF OF SERVICE
Case No. 3:08-CV-03146-MMC
#39071 v1