Dawniell Zavala (State Bar No. 253130)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
E-mail: dawniell.zavala@hro.com

Attorney for Plaintiffs
SONY BMG MUSIC ENTERTAINMENT;
ARISTA RECORDS LLC; UMG
RECORDINGS, INC.; BMG MUSIC; and
WARNER BROS. RECORDS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; BMG MUSIC, a New York general partnership; and WARNER BROS. RECORDS INC., a Delaware corporation,<br><br>       Plaintiffs,<br>  v.<br><br>OCAPUNITAN IVY AKA O.C. IVY,<br><br>       Defendant. | CASE NO. 3:08-cv-03146-MMC<br><br>**NOTICE OF ERRATA AND [PROPOSED] ORDER** |

COME NOW the Plaintiffs, SONY BMG MUSIC ENTERTAINMENT, *et al.*, and for their cause of action against Defendant Ocapunitan Ivy, state:

1. Plaintiffs filed a Complaint for Copyright Infringement against Defendant on July 1, 2008. Plaintiffs named "Ocapunitan Ivy aka O.C. Ivy" as Defendant.

2. Plaintiffs are informed and believe that Defendant's name is "Armivia O. Louie" and that Defendant has used the aliases "Armivia Capounitan, Ivy Louie, Ocapunitan Ivy and O.C. Ivy." Plaintiffs have determined this through conversations with defendant and her husband as well as database research.

3. Plaintiffs request that Defendant's name in this lawsuit and its filings be corrected and changed to "Armivia O. Louie," and that the caption in this lawsuit be amended and changed to "Armivia O. Louie aka Armivia Capounitan, aka Ivy Louie, aka Ocapunitan Ivy aka O.C. Ivy"

WHEREFORE, Plaintiffs respectfully request that the Complaint and all previous filings be so amended.

Dated:   September 3, 2008        HOLME ROBERTS & OWEN LLP

By   ____*/s/ Dawniell Alise Zavala*_____
DAWNIELL ZAVALA
Attorney for Plaintiffs
SONY BMG MUSIC ENTERTAINMENT;
ARISTA RECORDS LLC; UMG
RECORDINGS, INC.; BMG MUSIC; and
WARNER BROS. RECORDS INC.

**NOTICE OF ERRATA AND [PROPOSED] ORDER**
Case No. 3:08-cv-03146-MMC
#39786 v1 saf

# [PROPOSED] ORDER

Upon review of Plaintiffs' Notice of Errata and for good cause shown, this Court ORDERS that Defendant's name in this lawsuit and its filings be corrected and changed to "Armivia O. Louie," and

FURTHER ORDERS that the name of Defendant in the caption in this lawsuit be amended and changed to "Armivia O. Louie aka Armivia Capounitan, aka Ivy Louie, aka Ocapunitan Ivy aka O.C. Ivy."

DATED: _____   By: _____
Hon. Maxine M. Chesney
United States District Judge

**NOTICE OF ERRATA AND [PROPOSED] ORDER**
Case No. 3:08-cv-03146-MMC
#39786 v1 saf

# PROOF OF SERVICE

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

On September 3, 2008, I served the foregoing documents described as:

**NOTICE OF ERRATA AND [PROPOSED] ORDER**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

> Armivia O. Louie aka Armivia Capounitan,
> aka Ivy Louie, aka Ocapunitan Ivy aka O.C. Ivy
> 4709 Shetland Court
> Antioch, CA 94531

☒ BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 3, 2008 at San Francisco, California.

*Della Grant*
Della Grant

**NOTICE OF ERRATA AND [PROPOSED] ORDER**
Case No. 3:08-cv-03146-MMC
#39786 v1 saf