Dawniell Zavala (State Bar No. 253130)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:  (415) 268-2000
Facsimile:   (415) 268-1999
E-mail: dawniell.zavala@hro.com

Attorney for Plaintiffs
SONY BMG MUSIC ENTERTAINMENT;
ARISTA RECORDS LLC; UMG
RECORDINGS, INC.; BMG MUSIC; and
WARNER BROS. RECORDS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; BMG MUSIC, a New York general partnership; and WARNER BROS. RECORDS INC., a Delaware corporation,<br><br>        Plaintiffs,<br><br>   v.<br><br>OCAPUNITAN IVY AKA O.C. IVY,<br><br>        Defendant. | CASE NO. 3:08-cv-03146-MMC<br><br>**NOTICE OF ERRATA AND [PROPOSED] ORDER** |

**NOTICE OF ERRATA AND [PROPOSED] ORDER**
Case No. 3:08-cv-03146-MMC
#39786 v1 saf

COME NOW the Plaintiffs, SONY BMG MUSIC ENTERTAINMENT, *et al.*, and for their cause of action against Defendant Ocapunitan Ivy, state:

1. Plaintiffs filed a Complaint for Copyright Infringement against Defendant on July 1, 2008. Plaintiffs named "Ocapunitan Ivy aka O.C. Ivy" as Defendant.

2. Plaintiffs are informed and believe that Defendant's name is "Armivia O. Louie"and that Defendant has used the aliases "Armivia Capounitan, Ivy Louie, Ocapunitan Ivy and O.C. Ivy." Plaintiffs have determined this through conversations with defendant and her husband as well as database research.

3. Plaintiffs request that Defendant's name in this lawsuit and its filings be corrected and changed to "Armivia O. Louie," and that the caption in this lawsuit be amended and changed to "Armivia O. Louie aka Armivia Capounitan, aka Ivy Louie, aka Ocapunitan Ivy aka O.C. Ivy"

WHEREFORE, Plaintiffs respectfully request that the Complaint and all previous filings be so amended.

Dated:   September 3, 2008          HOLME ROBERTS & OWEN LLP


                                    By   ____/s/ Dawniell Alise Zavala_____
                                         DAWNIELL ZAVALA
                                         Attorney for Plaintiffs
                                         SONY BMG MUSIC ENTERTAINMENT;
                                         ARISTA RECORDS LLC; UMG
                                         RECORDINGS, INC.; BMG MUSIC; and
                                         WARNER BROS. RECORDS INC.

---

**NOTICE OF ERRATA AND [PROPOSED] ORDER**
Case No. 3:08-cv-03146-MMC
#39786 v1 saf

1

**[PROPOSED] ORDER**

Upon review of Plaintiffs' Notice of Errata and for good cause shown, this Court

ORDERS that Defendant's name in this lawsuit and its filings be corrected and changed to "Armivia O. Louie," and

FURTHER ORDERS that the name of Defendant in the caption in this lawsuit be amended and changed to "Armivia O. Louie aka Armivia Capounitan, aka Ivy Louie, aka Ocapunitan Ivy aka O.C. Ivy."

DATED: September 4, 2008          By: _____
                                      Hon. Maxine M. Chesney
                                      United States District Judge