1  Dawniell Alise Zavala (CA State Bar No. 253130)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
   San Francisco, CA  94105-2994
3  Telephone:  (415) 268-2000
4  Facsimile:  (415) 268-1999
   Email:     dawniell.zavala@hro.com
5
6  Attorneys for Plaintiffs,
   SONY BMG MUSIC ENTERTAINMENT;
7  ARISTA RECORDS LLC; UMG RECORDINGS,
   INC.; BMG MUSIC; and WARNER BROS.
8  RECORDS INC.
9
10                UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
11                     SAN FRANCISCO DIVISION
12

13 | SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; BMG MUSIC, a New York general partnership; and WARNER BROS. RECORDS INC., a Delaware corporation, | CASE NO. C 08-03146-~~JCS~~  MMC

~~HONORABLE JOSEPH C. SPERO~~

*EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER

         Plaintiffs,
      v.

ARMIVIA O. LOUIE AKA ARMIVIA CAPOUNITAN, AKA IVY LOUIE, AKA OCAPUNITAN IVY AKA O.C. IVY,

         Defendant.

---

*EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER
Case No. C 08-03146-JCS
#40358 v1

1   Plaintiffs respectfully request that the Court continue the case management conference currently set for October 17, 2008, at 10:30 a.m., to December 19, 2008.  As further explained below, Defendant Armivia O. Louie ("Defendant") has not appeared in this action.  Therefore, a case management conference is unnecessary at this time.

2.  1.  Plaintiffs have not requested and the court has not ordered any previous continuances of the case management conference in this matter.

3.  2.  Plaintiffs initially filed the Complaint in this matter against a John Doe defendant.  In order to discover the Doe defendant's true identity, Plaintiffs also filed an *Ex Parte* Application for Leave to Take Immediate Discovery seeking the Court's permission to serve a Rule 45 subpoena on Defendant's Internet Service Provider ("ISP"), in this case the SBC Internet Services, Inc.  Once the court granted the discovery order, Plaintiffs then served a subpoena on the ISP, which thereafter identified the Defendant, Armivia O. Ivy.

4.  3.  Once the ISP identified Defendant, Plaintiffs sent her a letter on February 26, 2008 notifying her of Plaintiffs' claims and encouraging her to contact Plaintiffs and attempt to amicably resolve this matter.  Defendant did not respond to this letter.  Accordingly, on July 1, 2008, Plaintiffs filed the First Amended Complaint naming Ms. Louie individually as the Defendant.

5.  4.  Defendant was served with process on July 9, 2008, by substitute service.  Defendant has not answered or otherwise responded to the Complaint.  Nevertheless, the parties have reached a settlement agreement, and Plaintiffs are presently waiting for Defendant to sign and return the settlement documents sent to her on September 23, 2008.  If a settlement documents are returned by October 18, 2008, Plaintiffs will file appropriate dispositional documents with the Court.  If Defendant does not return the documents, Plaintiffs will file a request for entry of clerk's default if Defendant does not respond to this action by October 27, 2008, or will continue litigating this matter if Defendant does file a response.

6.  5.  Given the circumstances of this case, there is no need for a case management conference at this time.  Therefore, Plaintiffs respectfully request that the Court continue the case

management conference from October 17, 2008, at 10:30 a.m., to December 19, 2008, or such other date as conveniences the Court.

Dated: October 6, 2008                                     HOLME ROBERTS & OWEN LLP


By: _____/s/ Dawniell Alise Zavala___
      DAWNIELL ALISE ZAVALA
      Attorney for Plaintiffs


### [PROPOSED] ORDER

Good cause having been shown:

**IT IS ORDERED** that the case management conference currently set for October 17, 2008, at 10:30 a.m., be continued to ~~December 19, 2008~~. January 16, 2009, at 10:30 a.m.


Dated: October 10, 2008                      By: _[signature]_____
                                                  Honorable Maxine M. Chesney
                                                  United States District Judge